834 A.2d 1103

M. Diane KOKEN, Insurance Commissioner, Commonwealth of Pennsylvania, in Her Official Capacity as Liquidator of Reliance Insurance Company

v.

Saul P. STEINBERG, Robert M. Steinberg, George R. Baker, George E. Bello, Dennis E. Busti, Lowell C. Freiberg, Kenneth R. Frohlich, Thomas P. Gerrity, Stewart J. Gerson, Linda S. Kaiser, Jewell Jackson McCabe, Irving Schneider, Bernard L. Schwartz, Richard E. Snyder, Bruce E. Spivey, Howard E. Steinberg, James E. Yacobucci, Paul W. Zeller,

Appeal of George R. Baker, George E. Bello, Lowell C. Freiberg, Howard E. Steinberg, James E. Yacobucci & Paul W. Zeller.

Supreme Court of Pennsylvania.

Oct. 9, 2003.

104

### *ORDER*

PER CURIAM.

**AND NOW,** this 9th day of October, 2003, the above-captioned appeal is quashed as it is an appeal from an interlocutory order. Rule 341, Pa.R.A.P. The Application for Stay Pending Appeal is dismissed as moot.